**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

Case No. 00-CV-346 ADM/RLE

v.

VOCALTEC COMMUNICATIONS LTD., an Israeli corporation; PHONEFREE.COM INC., a Delaware corporation; E-NET, INC., a Delaware corporation,

Defendants.

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

Case No. 00-CV-1538 ADM/RLE

v.

ZEROPLUS.COM, INC.,
a Delaware corporation,

Defendant.

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and Defendant e-Net, Inc. ("e-Net"), by their attorneys, hereby stipulate and agree that Multi-Tech's claims in the above-entitled action against e-Net may be dismissed, without prejudice, and without an award of costs or disbursements to either party. As part of consideration for this stipulation of dismissal without prejudice, Defendants ZeroPlus.com, Inc. and

2253825.1

AUG 09 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

e-Net will not claim or otherwise argue that this dismissal prejudices Multi-Tech's right to pursue claims and damages against ZeroPlus.com, Inc., at any time based on previous corporate changes, including changes to its corporate structure, ownership, and/or identity.

Respectfully submitted,

Dated this 3rd day of August, 2000.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: Kevin D. Conneely

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Darren B. Schwiebert (#260642)
Jodene Jensen (#277216)
Misti Nelc (#296090)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated this 3rd day of August, 2000.

**FAEGRE & BENSON LLP**

BY: ______________________

Jerry W. Snider
David Gross
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

**WILLIAMS & CONNOLLY LLP**
Bonnie Dunninger Nathan
725 12th Street N.W.
Washington, D.C. 20005-5901
(202) 434-5000

**ATTORNEYS FOR ZEROPLUS.COM, INC. AND E-NET, INC.**

**ORDER**

Pursuant to the foregoing Stipulation, defendant e-Net, Inc. is hereby dismissed without prejudice from the above-entitled action, Case No. 00-CV-346 ADM/RLE, and the case caption and all further notices and pleadings shall be amended accordingly.

BY THE COURT:

Dated August 8, 2000

Judge Ann D. Montgomery