**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

ZEROPLUS.COM, INC.,
a Delaware corporation;

Defendant.

Court File No. 00-CV-1538 ADM/RLE

**STIPULATION**

---

**STIPULATION**

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and defendant zeroplus.com, Inc. ("zeroplus") by and through their undersigned counsel hereby stipulate and agree as follows:

WHEREAS, defendant zeroplus has served its Prior Art Statement within the time prescribed under the Court's Pretrial Order;

WHEREAS, zeroplus's Prior Art Statement includes approximately 530 separate references;

WHEREAS, at the time zeroplus served its Prior Art Statement, Multi-Tech had received few, if any, copies of the references included in the Prior Art Statement;

WHEREAS, Multi-Tech has made a request to zeroplus, with which zeroplus has agreed to comply, for production of copies of all the available references cited in defendant's Prior Art Statement;

NOW, THEREFORE, the parties have stipulated and agreed that they will measure the 30-day period prescribed in the Pretrial Order for Multi-Tech to respond to the Prior Art

2278981.1

27

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Statement as commencing on April 2, 2001, and Multi-Tech will therefore serve on or before May 2, 2001 its response to defendant's Prior Art Statement.

IT IS SO STIPULATED:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

DATED: April 9, 2001.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

FAEGRE & BENSON LLP

DATED: April 11, 2001.

By: Julie K Chosy
Jerry W. Snider (#102945)
Julie Knox Chosy (#225228)

2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

-and-

Bonnie Dunniger Nathan
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

ATTORNEYS FOR DEFENDANT
ZEROPLUS.COM, INC.

**APPROVED:**

BY THE COURT:

DATED: 4/16/01 , ~~2001~~

Raymond L. Erickson
Magistrate Judge of the U.S. District Court