**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

ZEROPLUS.COM, INC., a
Delaware Corporation,

Defendant.

Case No. 00-CV-1538 (ADM/RLE)

**STIPULATION AND ORDER TO MODIFY CERTAIN DATES IN THE PRETRIAL ORDER**

## STIPULATION

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and defendant Zeroplus.com, Inc. ("Zeroplus") stipulate to the following, subject to the Court's approval:

1. The parties have met the past deadlines set forth in the Court's October 18, 2000 Pretrial Order.

2. In view of the timing of future deadlines and schedules in cases related to this action and in view of the anticipated need to coordinate certain discovery activities between this action and such related cases, the parties mutually desire to extend slightly the following deadlines set forth in the Pretrial Order:

| Description | Present Date | Stipulated Date |
|---|---|---|
| Exchange of Initial Expert Reports | July 23, 2001 | October 22, 2001 |
| Exchange of Rebuttal Expert Reports | August 22, 2001 | November 20, 2001 |

3. The parties shall serve their initial expert reports via facsimile and Federal Express on October 22, 2001.

2281343.1

28

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. All expert disclosures required by Fed. R. Civ. P. 26(a)(2)(b) shall be incorporated in and made as part of the Expert Reports exchanged between the parties.

5. The foregoing extensions agreed to by the parties will not affect the existing trial-ready date of May 1, 2002.

6. To the extent corresponding deadlines set forth in the existing Pretrial Order dated October 18, 2000, are inconsistent with the discovery deadlines set forth above in this Stipulation, all such prior deadlines are superceded. In all other respects, the October 18, 2000 Pretrial Order remains in effect.

Dated this 15th day of May, 2001.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: ______________________

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph A. Mandernach (#295687)
Misti Nelc (#296090)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated this 11th day of May, 2001.

**FAEGRE & BENSON LLP**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

and

**WILLIAMS & CONNOLLY LLP**

BY: ______________________

Bruce R. Genderson
David C. Kiernan
Bonnie Dunninger Nathan
Jana D. Jobes
725 Twelfth Street N.W.
Washington, DC 2005-5901

**ATTORNEYS FOR DEFENDANT ZEROPLUS.COM INC.**

**IT IS SO ORDERED.**

Dated this 17 day of May, 2001.

Raymond L. Erickson
United States Magistrate Judge