UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MULTI-TECH SYSTEMS, INC., a Minnesota corporation, Plaintiff, | Civil Action No. 00-CV-1538 |
| v. | |
| ZEROPLUS.COM, INC., a Delaware corporation, Defendants | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

WHEREAS, defendant Zeroplus.com, Inc. ("Zeroplus") has ceased business operations; and

WHEREAS, plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and Zeroplus mutually agree to dismiss the action without prejudice against defendant Zeroplus pursuant to the terms stated herein;

THEREFORE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Multi-Tech Systems, Inc., through its undersigned counsel, hereby dismisses defendant Zeroplus.com, Inc. from the above-entitled action. Furthermore, the parties hereby agree that in return for such dismissal, defendant Zeroplus agrees that it shall not assert defenses such as waiver, laches, estoppel, limitations, and any other defense based upon the expiration of time against plaintiff Multi-Tech in any potential future action brought against defendant Zeroplus for infringement of any of the patents asserted in this action.

2285851.1

FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

DATED: June 13, 2001

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken Hall (#247017)
Misti Nelc (#296090)
Joseph A. Mandernach (#295681)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

**FAEGRE & BENSON LLP**
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

and

**WILLIAMS & CONNOLLY LLP**

BY: ______________________
Bruce R. Genderson
David C. Kiernan
Bonnie Dunninger Nathan
Jana D. Jobes

725 Twelfth Street N.W.
Washington, DC 2005-5901

**ATTORNEYS FOR DEFENDANT ZEROPLUS.COM INC.**

**IT IS SO ORDERED.**

**ORDER**

Pursuant to the foregoing Notice of Dismissal, defendant Zeroplus.com, Inc. is hereby dismissed without prejudice from the above-entitled action, and the case caption and all further notices and pleadings shall be amended accordingly.

BY THE COURT:

DATED: 6/19/01

Judge Ann D. Montgomery
United States District Court